UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

REME SUE HUSTIN,

        Plaintiff,

                            File no: 1:23-cv-74

v.

                            HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## <u>ORDER APPROVING MAGISTRATE'S<br>REPORT AND RECOMMENDATION</u>

        The Court has reviewed the Report and Recommendation filed by the United States

Magistrate Judge in this action.  The Report and Recommendation was duly served on the

parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

        NOW THEREFORE, the Report and Recommendation (ECF No.14) is hereby adopted as

the opinion of the Court.

        THEREFORE, IT IS ORDERED that:

        The decision of the Commissioner of Social Security is hereby **reversed and remanded**

for further factual findings pursuant to sentence four of 42 U.S.C. §405(g).

Dated:  <u>September 29, 2023</u>        <u>/s/ Robert J. Jonker</u>
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE